# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAIRTON GRANDOS-ARRENDONDO,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:07CV45-1-V
5:03CR14-V

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2007 Order.

Signed: June 11, 2007

Frank G. Johns, Clerk
United States District Court